**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   Case number: 08cr0069 RWT |
| | * |
| **DAVID MBOM, ET AL.** | * |

**O R D E R**

Upon consideration of Defendant Mbom's Motion to Suppress Evidence [Paper No. 70], Defendant Mbom's Supplemental Motion [Paper No. 84], Defendant Yossa's Motion to Suppress Tangible Evidence and Statements [Paper No. 64], Defendant Yossa's Motion to Preserve Notes, Reports, and Evidence [Paper No. 63], Defendant Yossa's Motion to Sever Defendant [Paper No. 69], Defendant Yossa's Motion to Adopt and Join in Motions of Co-Defendants [Paper No. 66], the oppositions and replies thereto, and the evidence and arguments of counsel presented at the hearing conducted on September 22, 2008, for the reasons stated on the record, it is this 23rd day of September, 2008, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Mbom's Motion to Suppress Evidence [Paper No. 70] is **DENIED;** and it is further

**ORDERED**, that Defendant Mbom's Supplemental Motion [Paper No. 84] is **DENIED**; and it is further

**ORDERED,** that Defendant Yossa's Motion to Suppress Tangible Evidence and Statements [Paper No. 64] is **DENIED**; and it is further

**ORDERED**, that Defendant Yossa's Motion to Preserve Notes, Reports, and Evidence [Paper No. 63] is **DENIED**; and it is further

**ORDERED**, that Defendant Yossa's Motion to Sever Defendant [Paper No. 69] is **DENIED;**

and it is further

**ORDERED**, that Defendant Yossa's Motion to Adopt and Join in Motions of Co-Defendants [Paper No. 66] is **GRANTED**, and all such motions so adopted are **DENIED.**

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
