IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *
    *
v.     *    CRIMINAL NO. RWT-08-0069
    *
DAVID MBOM, and     *
ROBERT TATAW     *
    Defendants

...oOo...

## VERDICT FORM

### COUNT ONE

1. How do you find defendant, David Mbom, as to Count One (conspiracy to commit bank larceny), guilty or not guilty?

    Guilty __✓__      Not Guilty _____

2. How do you find defendant, Robert Tataw, as to Count One (conspiracy to commit bank larceny), guilty or not guilty?

    Guilty __✓__      Not Guilty _____

## COUNT TWO

3. How do you find defendant, David Mbom, as to Count Two (bank larceny), guilty or not guilty?

   Guilty ____✓____          Not Guilty _____

4. How do you find defendant, Robert Tataw, as to Count Two (bank larceny), guilty or not guilty?

   Guilty ____✓____          Not Guilty _____

5. If you find either defendant, David Mbom or Robert Tatw, guilty as to Count Two (bank larceny), what amount of money do you find?

   More than $1,000 ____✓____

   Less than $1,000 _____

   _[signature]_                                    _12/19/08_
   Foreperson                                      Date