IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2009 APR 24  A 11:19

CLERK'S OFFICE
AT G_____

UNITED STATES OF AMERICA          *

vs.                               *   Criminal No. RWT-08-0069

DAVID MBOM                        *
Defendant

******

## NOTICE OF APPEAL

Notice is hereby given that ___DAVID MBOM___

defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the

Fourth Circuit the (circle one) order/(judgment) entered in this case on __APRIL 20, 2009__.

Date __APRIL 24, 2009__          Signature _____

JAMES F. SHALLECK
Name (Print or Type)

9408 BETHANY PLACE
Address

MONTGOMERY VILLAGE, MD 20886
City/State/Zip

301-987-0505                      Fax No.
Phone No.                         301-990-08_
COUNSEL FOR
DAVID MBOM

(U.S. District Court - Rev. 01/2001) Notice of Appeal - Criminal

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on April 24, 2009, I hand-delivered a copy of this Notice of Appeal to the office of Assistant United States Attorney Bryan Foreman, United States Courthouse, 6500 Cherrywood Lane, Room 400, Greenbelt, Maryland 20770.

James F. Shalleck
Counsel for David Mbom